AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Northern District of California**

DAN GOLDTHORPE, JAMES DONOVAN, CHRIS BENNETT, JAMES ISHERWOOD and DAVID VINCENT

Plaintiff (s),

V.

CATHAY PACIFIC AIRWAYS LIMITED and USA BASING LIMITED,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:17-cv-03233

Notice is hereby given that, subject to approval by the court, USA Basing Limited (Party (s) Name) substitutes John P. Zaimes (Name of New Attorney), State Bar No. 91933 as counsel of record in place of Ruth Zadikany and Mayer Brown LLP. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: ARENT FOX LLP

Address: 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013-1065

Telephone: 213.443.7543 Facsimile 213.629.7401

E-Mail (Optional): john.zaimes@arentfox.com

I consent to the above substitution.

Date: 8 September 2020

USA Basing Limited

(Signature of Party (s))

I consent to being substituted.

Date: September 14, 2020

Ruth Zadikany

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/14/20

John P. Zaimes

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 18, 2020

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA APPROVED Judge Vince Chhabria

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

I certify that on the date specified below, a true copy of this document was electronically filed with the Clerk of the Court using CM/ECF, and that CM/ECF will send a notice of electronic filing to all registered CM/ECF users and that there are no known non-registered CM/ECF users in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2020 at Los Angeles, California.

*/s/*
GWENDOLYN WEST