UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN GOLDTHORPE, JAMES DONOVAN, CHRIS BENNETT, JAMES ISHERWOOD and DAVID VINCENT, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br>vs.<br>CATHAY PACIFIC AIRWAYS LTD. and USA BASING LTD.,<br><br>Defendants. | Case No. 3:17-cv-03233-VC<br><br>[~~PROPOSED~~] ORDER MODIFYING ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS (DKT. NO. 51) |

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

In light of the California Supreme Court's Decision in *Ward v. United Airlines, Inc.*, 9 Cal.5th 732 (2020) ("Ward") that Wage Order No. 9 does not bar California Labor Code section 226 claims for employees governed by a collective bargaining agreement, the Court hereby

1

1  modifies its January 16, 2018, Order Granting in Part and Denying in Part Motion to Dismiss
2  (Dkt. No. 51) to rule that Plaintiffs may pursue California Labor Code section 226 claims in
3  their Tenth and Eleventh Causes of Action arising after September 1, 2016.  The Court further
4  takes the Motion for Reconsideration (Dkt. No. 91) off calendar as moot.

6  IT IS SO ORDERED.

8  DATED: __October 8, 2020__

   THE HONORABLE VINCE CHHABRIA
   United States District Judge



GRANTED
Judge Vince Chhabria

2

[PROPOSED] ORDER MODIFING                           GOLDTHORPE, et al. v. CATHAY PACIFIC AIRWAYS LTD.
ORDER RE MOTION TO DISMISS                          Case No. 3:17-cv-03233-VC