UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN GOLDTHORPE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CATHAY PACIFIC AIRWAYS LIMITED, et al.,<br><br>        Defendants. | Case No. 17-cv-03233-VC<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 95 |

The parties are ordered to refile their proposed protective order in accordance with paragraph 23 of this Court's standing order for civil cases by Friday, March 5, 2021.

**IT IS SO ORDERED.**

Dated: March 2, 2021

VINCE CHHABRIA
United States District Judge