DAVID E. MASTAGNI, ESQ. (SBN 204244)
davidm@mastagni.com
KENNETH E. BACON, ESQ. (SBN 104194)
kbacon@mastagni.com
TAYLOR DAVIES-MAHAFFEY, ESQ. (SBN 327673)
tdavies-mahaffey@mastagni.com
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone:   (916) 446-4692
Facsimile:   (916) 447-4614

NATHAN ALDER, Esq. (Utah State Bar No. 7126) (*pro hac vice*)
**CHRISTENSEN & JENSEN**
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: 801-323-5000
Facsimile: 801-355-3472

Attorneys for Plaintiffs
DAN GOLDTHORPE, JAMES DONOVAN, CHRIS BENNETT,
JAMES ISHERWOOD, AND DAVID VINCENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DAN GOLDTHORPE, JAMES DONOVAN, CHRIS BENNETT, JAMES ISHERWOOD, AND DAVID VINCENT, on behalf of themselves and all similarly situated individuals,<br><br>    Plaintiffs,<br>v.<br><br>CATHAY PACIFIC AIRWAYS LIMITED and USA BASING LIMITED,<br><br>    Defendants. | **Case No. 3:17-CV-03233-VC**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASS**<br><br>Hearing Date: August 15, 2024<br>Time:  2:00 P.M.<br>Judge: Hon. Vince Chhabria<br>Ctrm: 4, 17th Floor (via Zoom)<br><br>Complaint Filed: June 5, 2017<br>Trial Date: October 7, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 15, 2024, at 2:00 p.m., or as soon as this matter may be heard, in Courtroom 4 (17th Floor) of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Vince Chhabria, Plaintiffs Dan Goldthorpe, James Donovan, Chris Bennett, James Isherwood, and David Vincent

1  (collectively referred to as the "Plaintiffs"), on behalf of themselves and a proposed class of
2  similarly situated persons, by and through their attorneys, will and hereby do respectfully move
3  this Court for an order granting preliminary approval of the Class Action Settlement between
4  Plaintiffs and Defendants Cathay Pacific Airways Limited and USA Basing Limited,
5  provisionally certifying the Class, appointing Settlement Class Counsel and Class
6  Representatives, directing notice to the Class, and scheduling a Final Fairness and Approval
7  Hearing.

8      This Motion is based on this Notice of Motion and Motion, the accompanying
9  Memorandum of Points and Authorities, the declarations of counsel and evidence filed
10 concurrently therewith, the declarations of Plaintiffs, the declaration of the proposed class action
11 administrator, such oral argument as may be heard by the Court, all other papers on file in this
12 action, and such other evidence as may be presented at the hearing on the Motion.

14 Date: June 20, 2024                Respectfully submitted,

15                             **MASTAGNI HOLSTEDT, A.P.C.**

17                             By:   /s/ David E. Mastagni
18                                 DAVID E. MASTAGNI
                                KENNETH E. BACON
19                                 TAYLOR DAVIES-MAHAFFEY
                                Attorneys for Plaintiffs