1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   davidm@mastagni.com
2  KENNETH E. BACON, ESQ. (SBN 104194)
   kbacon@mastagni.com
3  TAYLOR DAVIES-MAHAFFEY, ESQ. (SBN 327673)
   tdavies-mahaffey@mastagni.com
4  **MASTAGNI HOLSTEDT**
   *A Professional Corporation*
5  1912 I Street
   Sacramento, California 95811-3151
6  Telephone:   (916) 446-4692
   Facsimile:   (916) 447-4614
7
   NATHAN ALDER, Esq. (Utah State Bar No. 7126) (*pro hac vice*)
8  **CHRISTENSEN & JENSEN**
   257 East 200 South, Suite 1100
9  Salt Lake City, Utah 84111
   Telephone: 801-323-5000
10 Facsimile: 801-355-3472

11 Attorney for Plaintiffs
   DAN GOLDTHORPE, JAMES DONOVAN, CHRIS BENNETT,
12 JAMES ISHERWOOD, AND DAVID VINCENT

13
                    UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
15

| | |
|---|---|
| DAN GOLDTHORPE, JAMES DONOVAN, CHRIS BENNETT, JAMES ISHERWOOD, AND DAVID VINCENT, on behalf of themselves and all similarly situated individuals, <br><br> Plaintiffs, <br> v. <br><br> CATHAY PACIFIC AIRWAYS LIMITED and USA BASING LIMITED, <br><br> Defendants. | **Case No. 3:17-CV-03233-VC** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTTLEMENT** <br><br> Hearing Date: December 5, 2024 <br> Time: 2:00 P.M. <br> Judge: Hon. Vince Chhabria <br> Ctrm: 4, 17th Floor (via Zoom) <br><br> Complaint Filed: June 5, 2017 <br> Trial Date: |

25 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26        PLEASE TAKE NOTICE that, on December 5, 2024, at 2:00 p.m., or as soon as this

27 matter may be heard, in Courtroom 4 (17th Floor) of the above-entitled Court, located at 450

28 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Vince Chhabria,

Plaintiffs Dan Goldthorpe, James Donovan, Chris Bennett, James Isherwood, and David Vincent, (collectively referred to as the "Plaintiffs"), on behalf of themselves and the provisionally certified Class will and hereby do move the Court for final approval of the proposed Class Action Settlement ("Settlement") and request that this Court order that all terms in the Settlement and the Addendum thereto be carried out and satisfied by the parties and Settlement Administrator, Apex Class Action, LLC.

This Motion is made on the grounds that the Settlement is fair, reasonable, and adequate, and therefore warrants final approval. This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion, the Declarations of Class Counsel David E. Mastagni, Taylor Davies-Mahaffey, and Nathan Alder, the Declarations of Plaintiffs Daniel Goldthorpe, James Donovan, Chris Bennett, James Isherwood, and David Vincent, the Declaration of Madely Nava of Apex Class Action, LLC, and the Declaration of Melissa Daniel of Econ One Research, Inc, filed concurrently herewith, the exhibits attached to the declarations, the [Proposed] Order filed concurrently herewith, the oral argument of counsel, and on such additional matters and records as the Court may consider at the time of the hearing.

Date: November 11, 2024                    Respectfully submitted,

                                                **MASTAGNI HOLSTEDT, A.P.C.**

                                                By:    /s/ David E. Mastagni
                                                       DAVID E. MASTAGNI
                                                       KENNETH E. BACON
                                                       TAYLOR DAVIES-MAHAFFEY
                                                       Attorneys for Plaintiffs